UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00252 |
| | ) | JUDGE CAMPBELL |
| BEATRIZ AVILA | ) | |

## ORDER

Due to a criminal trial, the hearing scheduled for February 7, 2013, is RESCHEDULED for February 11, 2013, at 1:00 p.m.

All previously set deadlines remain unchanged.

It is so ORDERED.

                                           _____
                                           TODD J. CAMPBELL
                                           UNITED STATES DISTRICT JUDGE